**Noelle SCHWAB, et al., Respondents,**

v.

**William L. HANKS, Appellant.**

**No. WD 66784.**

Missouri Court of Appeals, Western District.

Nov. 27, 2007.

Jere L. Loyd, St. Joseph, MO, for appellant.

Harlan D. Burkhead, Kansas City, MO, Scott W. Ross, Co–Counsel, Maryville, MO, for respondents.

Before THOMAS H. NEWTON, Presiding Judge, PATRICIA BRECKENRIDGE [1], Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM.

William L. Hanks appeals from a judgment entered in the Circuit Court of Holt County removing him as trustee of the Harry Wallace Hanks Trust ("the Trust"). After a thorough review of the record, we conclude that the judgment is supported by substantial evidence, is not against the weight of the evidence, that no error of law appears, and that an opinion would have no precedential value.

The trial court's judgment is affirmed. Rule 84.16(b).